# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMARCUS FENNELL** | : | **CIVIL ACTION** |
| v. | : | **NO. 18-4226** |
| **WARDEN LAURA KUYKENDALL,** *et al* | : | |

## ORDER

**AND NOW**, this 8th day of May 2019, upon considering Defendant Fallock's Motion to dismiss (ECF Doc. No. 30), the *pro se* Plaintiff's Response (ECF Doc. No. 31), Defendant Fallock's Reply (ECF Doc. No. 32), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant Fallock's Motion (ECF Doc. No. 30) is **GRANTED** and all Plaintiff's claims against Defendant Fallock are **DISMISSED with prejudice** except a potential claim for conspiracy to technically violate parole should Plaintiff discover facts consistent with the accompanying Memorandum allowing him to timely pursue this conspiracy claim.

_____
KEARNEY, J.