IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMARCUS FENNELL | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-4226 |
| WARDEN LAURA KUYKENDALL, *et al* | : |

# ORDER

**AND NOW**, this 7th day of June 2019, upon considering Defendants Kuykendall, Stametz and Matt's Motion to dismiss (ECF Doc. No. 47), Plaintiff's Response (ECF Doc. No. 59), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motion to dismiss (ECF Doc. No. 47) is **GRANTED**:

1. **Without prejudice** to allow Plaintiff one last leave to file a fourth amended Complaint on or before July 10, 2019 if he can plead, consistent with Fed. R. Civ. P. 11, a conspiracy claim allegedly involving Warden Kuykendall and Sergeant Stametz and identify a proper named entity instead of Lehigh County Work Release Center; and,

2. **With prejudice** as to other claims against Defendants Kuykendall, Stametz and Matt including all claims against Latiff Matt who is **dismissed**.

_____
KEARNEY, J.